```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Topek, LLC**

    v.                              Case No. 12-cv-494-PB

**W.H. Silverstein, Inc.**


### O R D E R

I recuse myself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

February 25, 2013

cc:  Gary Lambert, Esq.
     W.E. Whittington, Esq.