UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Topek, LLC

    v.                                Civil No. 12-cv-00494-JL

W.H. Silverstein, Inc.

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: March 18, 2013

cc:  Gary Ervery Lambert, Esq.
     W.E. Whittington, Esq.